ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL PETER ATCHLEY,<br><br>Defendant. | <u>FELONY COMPLAINT</u><br><br>MAGIS NO.   2:21mj794-DAO<br><br>VIO. COUNT 1, 18 U.S.C. § 2113(a), CREDIT UNION ROBBERY. |

# COUNT 1

(Bank Robbery)

18 U.S.C. § 2113(a)

On or about October 15, 2021, in the District of Utah,

**SAMUEL PETER ATCHLEY**,

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Mountain America Credit Union, located at 298 North Marketplace Dr, Centerville, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Mountain America Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration (NCUA); all in violation of 18 U.S.C. § 2113(a).

## AFFIDAVIT

This complaint is based on the following information:

I, Steven Hymas, being first duly sworn, depose and say:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation currently assigned to the Violent Crimes squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by me along with other agents, FBI Violent Crimes Task Force officers and officers from the Centerville Police Department (CPD).

2. On October 15, 2021, at approximately 1220 hours, a male entered and robbed the Mountain America Credit Union, which is located at 298 North Marketplace Dr, Centerville, Utah. The suspect is described as a white male with dark short hair, short facial hair, and a heavy build, wearing black rimmed eyeglasses, a grey jacket with black lining on the shoulders, zipper and pockets. The suspect also wore blue jeans, a black face mask and black shoes.

3. The suspect initially entered the bank, approached the victim teller and advised the teller he wished to open an account. When the teller advised he needed identification, the suspect left the bank for a couple of minutes and then returned. Upon his return he again approached the victim teller and stated that he had lied and handed the teller a note. The note advised that there was a bomb strapped to the suspect, to remain calm and no one would be hurt. The note further stated to grab a bag and to put money in it with no dye packs. The teller obtained a bank bag and began to take money from her drawer, some of which contained a GPS tracking device attached to it. The teller placed the money into the bank bag and gave it to the suspect.

4. As the teller was placing the cash into the bank bag, the suspect stated he was sorry and that two individuals had placed the bomb on him and made him do it. After obtaining the money, the suspect left the bank. Total loss to the bank was $688.

5. Investigators responded to the area and located the GPS tracking device, which had been discarded in the road on Parrish lane in Centerville, Utah, west of Marketplace Dr.

6. Surveillance video from a neighboring business captured the suspect arriving at the bank in a dark colored newer model Mitsubishi Outlander. The video showed the suspect enter the bank, exit for a short period of time, and then re-enter the bank. When the suspect exited the bank the second time, he entered the same Mitsubishi Outlander and left the parking lot. From the surveillance video,

investigators were able to determine the license plate was a Utah "arches" plate and some characters were visible.

7. Investigators began to conduct partial plate searches of the Utah Department of Motor Vehicles database including a partial plate search of Utah plate "2GU." Investigators identified a vehicle matching the description of the suspect's vehicle; a black 2020 Mitsubishi Outlander with Utah "arches" license plate U002GU. The vehicle was registered to Natalie Hadden and Samuel Atchley.

8. Investigators viewed the publicly available Facebook page of Natalie Hadden. Her Facebook page included pictures of Hadden and Atchley. Investigators confirmed Atchley as the individual from the Facebook photos by comparing them to Atchley's Utah Driver License photo. In one of the Facebook photos Atchley was wearing a jacket identical the jacket worn by the subject of the bank robbery.

9. Investigators located the Mitsubishi Outlander at the Studio 6 motel located at 975 East 6600 South, Murray, Utah. Employees of the Studio 6 confirmed that Atchley was a guest of the motel, staying in room 168, and had paid for his room in cash earlier that day.

10. Investigators observed Atchley exit room 168 with a female. The two of them walked from the room to the parking lot of the motel having a conversation. Atchley was observed to be wearing blue jeans, black shoes and black rimmed glasses, which were all similar, if not identical, to the clothing of the suspect. Atchley also matched the subject's physical description of dark hair, short facial hair, and a heavy build.

11. The female speaking to Atchley was identified as Andrea Debord.  Debord was interviewed and stated that Atchley had contacted her at approximately 5:30 p.m. and stated that "some shit went down" and he wanted to talk to her face to face and that he should not drive his car at that time.  Debord further advised that when she met with Atchley, Atchley told her that he robbed a bank, that he gave the teller a note that said two males had strapped a bomb to him and to give him a bag of money with no dye packs.  Atchley told Debord he obtained between $600 and $800 from the bank and that they had given him a GPS device that he threw out of the vehicle before he left Bountiful.
12. A search warrant of the Mitsubishi Outlander was executed.  Inside the vehicle, investigators located a grey jacket with black lining on the shoulders, zipper, and pockets, a blue Mountain America Credit Union bank bag, and various black face masks.  All the items matched the items worn by, or given to, the suspect during the robbery.
13. At the time of the robbery, Mountain America Credit Union was insured by the National Credit Union Administration.

//

//

//

14. Based on the foregoing information, your affiant respectfully requests that an arrest warrant be issued for Samuel Peter Atchley for violations of 18 U.S.C Section 2113(a).

Dated this 18th day of October 2021.

                                                  _____
                                                  Steven Hymas
                                                  Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me, this 18th day of October 2021.

                                                _____
                                                DAPHNE A. OBERG
                                                United States Magistrate Judge

APPROVED:
ANDREA T. MARTINEZ
Acting United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney